# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KENNETH FRIEDMAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>OFFICER ROBERT PETTIT, and OFFICER NICHOLAS MADSEN, and LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>　　　　　　Defendant. | Case No.: 2:03-cv-01318-RLH-PAL<br><br>**O R D E R**<br><br>(Motion per Rule 60(b)(5) and (6) – Request for Judgment on Motion–#124) |

　　　　Before the Court is Plaintiff Kenneth Friedman's **Motion per Rule 60(b)(5) and (6) – Request for Judgment on Motion** (#124), filed July 29, 2010. In his Motion, Friedman asks the Court to rule on his Motion for District Judge to Reconsider (#118, Sept. 4, 2009). However, the Court already did so in an Order (#122), dated January 6, 2010. Therefore, the Court denies this Motion (#124) as moot.

　　　　Accordingly, and for good cause appearing,

　　　　IT IS HEREBY ORDERED that Plaintiff's Motion per Rule 60(b)(5) and (6) – Request for Judgment on Motion (#124) is DENIED. The Clerk of the Court is further directed to mail a copy of the Court's Order (#122) to the Plaintiff.

　　　　Dated: November 19, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Roger L. Hunt
　　　　　　　　　　　　　　　　　　　　　　　　　　**ROGER L. HUNT**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Chief United States District Judge**

1

AO 72
(Rev. 8/82)